**WO**                                                                                    LMH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Walter Costa, | ) | No. CV 05-2898-PHX-NVW (DKD) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Director of the Arizona Department of Corrections, | ) | |
| Respondent. | ) | |

This is a habeas action filed by a prisoner incarcerated in California.  By Order filed September 30, 2005 (Dkt. #6), the Court allowed Petitioner thirty days to file an amended petition because he failed to use the court-approved form.  Presently pending is Petitioner's motion for extension of time.

Petitioner seeks an additional thirty days because he did not receive the Court's Order until November 7, 2005.  Petitioner still has not paid the $5.00 filing fee or properly applied to proceed *in forma pauperis*, and he has not requested additional time to do so in his motion.  Regardless, the Court will allow him additional time to comply with the Court's earlier Order by filing an amended petition *and* by either paying the $5.00 filing fee or properly applying to proceed *in forma pauperis*.  Both requirements must be satisfied by **December 15, 2005. Additional requests for extensions of time will not be viewed favorably by the Court.**

Petitioner should note that if he fails to timely comply with every provision of this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule

JDDL

1   41(b) of the Federal Rules of Civil Procedure.  See Ferdik v. Bonzelet, 963 F.2d 1258 (9th
2   Cir.) (district court may dismiss action for failure to comply with any court order), cert.
3   denied, 506 U.S. 915 (1992).

4   **IT IS THEREFORE ORDERED that:**

5         (1) Petitioner's motion for extension of time, filed on November 14, 2005, is **granted**.
6   Petitioner must (a) pay the $5.00 filing fee or file an Application to Proceed In Forma
7   Pauperis using the court-approved form, and (b) file a habeas petition using the court-
8   approved form by **December 15, 2005**.

9         (2)  The Clerk of Court is directed to enter dismissal of this action without prejudice
10  and without further notice to Petitioner, if Petitioner fails to comply by **December 15, 2005.**

11        DATED this 16th day of November, 2005.

_____
Neil V. Wake
United States District Judge